UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

    - v -

: NOTICE OF INTENT TO
FILE AN INFORMATION

TYSHON LEWIS,
  a/k/a "Paul T. Brown,"
  a/k/a "Tory Delaney,"
  a/k/a "Tiger,"

        Defendant.

07 CRIM. 835



- - - - - - - - - - - - - - - - - -x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
        August 28, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

              By:  _____
                      Jillian B. Berman
                      Assistant United States Attorney

                AGREED AND CONSENTED TO:

              By:  _____
                      Elizabeth Fink
                      Attorney for Tyshon Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

8/31/07