UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     INFORMATION

    -v.-                           :     07 Cr. ___ (SHS)

TYSHON LEWIS,                      :
 a/k/a "Paul T. Brown,"
 a/k/a "Tory Delaney,"            :
 a/k/a "Tiger,
              Defendant.        :

- - - - - - - - - - - - - - - - - - - - x

**07 CRIM 835**

### COUNT ONE

The United States Attorney charges:

1. From in or about 2006 up to and including in or about March 2007, in the Southern District of New York and elsewhere, TYSHON LEWIS, a/k/a "Paul T. Brown," a/k/a "Tory Delaney," a/k/a "Tiger," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of said conspiracy that TYSHON LEWIS, a/k/a "Paul T. Brown," a/k/a "Tory Delaney," a/k/a "Tiger," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 06 2007

3. It was further a part and an object of said conspiracy that TYSHON LEWIS, a/k/a "Paul T. Brown," a/k/a "Tory Delaney," a/k/a "Tiger," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

<u>Overt Acts</u>

4. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about November 22, 2006, TYSHON LEWIS, a/k/a "Paul T. Brown," a/k/a "Tory Delaney," a/k/a "Tiger," the defendant, had a telephone conversation with a co-conspirator not named as a defendant herein, during which they discussed narcotics and agreed to meet that day in Manhattan, New York.

(Title 21, United States Code, Section 846.)

**COUNT TWO**

The United States Attorney further charges:

5. On or about March 30, 2007, in the Southern District of New York, TYSHON LEWIS, a/k/a "Paul T. Brown," a/k/a "Tory Delaney," a/k/a "Tiger," the defendant, having been convicted in a court of a crime punishable by imprisonment for a

term exceeding one year, to wit, a conviction on or about January 5, 2000, for attempted criminal possession of a controlled substance in the third degree, a Class C felony, in Supreme Court, New York County, unlawfully, willfully, and knowingly, did possess in and affecting commerce two firearms, to wit, a Smith & Wesson 9 millimeter handgun and a Colt .45 caliber handgun, which previously had been shipped and transported in interstate and foreign commerce.

   (Title 18, United States Code, Section 922(g)(1).)

               _/s/ Michael J. Garcia_ DMR
               MICHAEL J. GARCIA
               United States Attorney