```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :      07 Cr. ____
TYSHON LEWIS,                    :
  a/k/a "Paul T. Brown,"         :
  a/k/a "Tory Delaney,"          :
a/k/a "Tiger,                    :
                                 :
              Defendant.         :
- - - - - - - - - - - - - - - - x
```



07CRIM 835

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 922(g) and (2), and Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                       _____
                                       Defendant

                                       _____
                                       Witness

                                       _____
                                       Counsel for Defendant

Date:    New York, New York
          September 6, 2007