

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED



November 8, 2007

RECEIVED
NOV - 8 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

BY FACSIMILE

Honorable Sidney H. Stein
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    United States v. Tyshon Lewis
            07 Cr. 835 (SHS)

Dear Judge Stein:

        The Government respectfully submits this letter in connection with the conference presently scheduled in the above-referenced matter for November 13, 2007. The Government respectfully requests that this conference be rescheduled for Friday, November 16, 2007, at 12:30; this time and date are satisfactory to the defense. During this time, the Government and the defense will be working toward a disposition of this case.

        In addition, the parties jointly request that the Court enter an order excluding time from the date of the order up to and including November 16, 2007, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A). The ends of justice served by this exclusion outweigh the best interest of the public and the defendant in a speedy trial.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

                By:    _____
                       Jillian B. Berman
                       Assistant United States Attorney
                     (212) 637-2197

11/8/07
So ordered
Sidney H. Stein
U.S.D.J.

cc:    Elizabeth Fink, Esq. (by facsimile)