UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  : 07 Cr. 835 (SHS)

    -against-  :

TYSHON LEWIS,  :

              Defendant(s).  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties and defendant present,

    IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant shall be transferred from the Westchester County Jail to FMC Devens in Massachusetts, where he can be better monitored for his medical conditions. He shall be transported via the Bureau of Prisons bus through the Metropolitan Detention Center in Brooklyn when his presence is required in the Southern District of New York.

Dated: New York, New York
      July 25, 2008

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.